# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128800

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RODERICOL ANTONIO MURPHY,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128800
COA: 251975
Genesee CC: 03-012050-FC

On order of the Court, the application for leave to appeal the April 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

t1024